**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Randall Scott KIMBRELL, a.k.a. Mystiick, a.k.a. Grim9, a.k.a. Xeoxan, a.k.a. Alphalycaon, a.k.a. Shade, a.k.a. Lycaonshade, Defendant–Appellant.**

No. 05–16887
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 10, 2007.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Thomas H. Ostrander, Bradenton, FL, for Defendant–Appellant.

Before ANDERSON, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Thomas H. Ostrander, Esq., appointed counsel for Randall Scott Kimbrell, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Independent examination of the entire record reveals no arguable issues of merit, therefore, counsel's motion to withdraw is **GRANTED,** and Kimbrell's conviction and sentence are **AFFIRMED.**